UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 09-CV-81479-RYSKAMP/VITUNAC

WILLIAM JAMES JOHNSON,

    Plaintiff,

v.

CHARLES SCHWAB & COMPANY, INC.,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND STAYING CASE

**THIS CAUSE** comes before the Court on the report and recommendation of United States Magistrate Judge Ann E. Vitunac **[DE 23]** entered on January 26, 2010.  Pending before Judge Vitunac was defendant's motion to compel arbitration **[DE 19]**.   Plaintiff William James Jonson filed an objection to the report **[DE 24]** on February 8, 2010.  Defendant Charles Schwab & Company, Inc. filed a reply to Johnson's objections **[DE 25]** on February 19, 2010.  This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, the objections, applicable law, and pertinent portions of the record.  The Court finds Judge Vitunac's report to be well-reasoned and correct.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that

        (1) The report of Magistrate Judge Ann E. Vitunac **[DE 23]** be, and the same hereby is **RATIFIED**, **AFFIRMED** and **APPROVED** in its entirety;

(2) Defendant Charles Schwab & Company, Inc.'s motion to compel arbitration **[DE 19]** is **GRANTED**; and

(3) The above-styled case is **STAYED** pending the resolution of arbitration.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25 day of February, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

**Copies provided to:**
All counsel of record.